BETTS *v.* THE STATE.

HILL, J. This is the second appearance of this case in the Supreme Court. *Betts* v. *State*, 157 *Ga.* 844 (122 S. E. 551). There is no assignment of error on any ruling of law made by the court during the progress of the trial. Error is assigned only in the usual general grounds of the motion for new trial. While the evidence would have authorized the jury to return a verdict of voluntary manslaughter against the accused, and while only one witness for the State testified positively that the defendant stabbed the deceased without provocation and without any assault having been made upon him by the deceased, yet we can not say that the verdict returned by the jury, finding the defendant

guilty of murder with a recommendation, is without evidence to support it.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent for providential cause.*

No. 4704. June 10, 1925.

Murder. Before Judge Hutcheson. · Clayton superior court. October 4, 1924.

*Lester C. Dickson,* for plaintiff in error.

*George M. Napier, attorney-general, Claude C. Smith, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent for providential cause.*